205 F.2d 151
 Thomas FONTANA, Libellant-Appellant,
v.
GRACE LINE, Inc, and States Marine Corporation, Respondents,
and Huron Stevedoring Corporation, Pennsylvania Railroad
Company, Jersey Contracting Corporation, Roslyn Scow
Corporation, Respondents-Impleaded, and Huron Stevedoring
Corporation, Intervenor-Appellee.
 No. 254, Docket 22671.
 United States Court of Appeals Second Circuit.
 Argued June 2, 1953.
Decided June 22, 1953.
 
 Nathan Baker, New York City, Bernard Chazen, Hoboken, N.J., on the brief, for libellant-appellant.
 Kirlin Campbell & Keating, New York City, Thomas Coyne and Vernon Sims Jones, New York City, of counsel, for intervenor-appellee.
 Before SWAN, Chief Judge, and CLARK and FRANK, Circuit Judges.
 PER CURIAM.
 
 
 1
 Decree affirmed on opinion below, 106 F.Supp. 461.